IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RALPH LEE AARON,             )
                             )
      Petitioner,            )
                             )         CIVIL ACTION NO.
      v.                     )          2:15cv601-MHT
                             )              (WO)
CHERYL PRICE, et al.,        )
                             )
      Respondents.           )

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Petitioner's objections (doc. no. 14) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 13) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is denied.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of June, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**